MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00119-SAB |
| Plaintiff, | [Citation #6044462 CA/74] |
| v. | |
| FRANCISCO J. MERCADO | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00119-SAB [Citation #6044462 CA/74] against FRANCISCO J. MERCADO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 25, 2025                    Respectfully submitted,

                                                              MICHELE BECKWITH
                                                              Acting United States Attorney

                                      By:    /s/ *Jeffrey A. Spivak*
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney

## O R D E R

IT IS HEREBY ORDERED that Case No. 1:17-po-00119-SAB [Citation #6044462 CA/74] against FRANCISCO J. MERCADO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **February 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge